```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL NO. 2:18-00034

**PHYLLIS DOTY**


### MEMORANDUM OPINION AND ORDER

Before the court is Phyllis Doty's Motion to Continue.  ECF No. 19.  Counsel for Doty requested additional time to review "139,000 emails and various other documents" provided by the United States in discovery.  Defense counsel asserts that it is working with a third-party organization to assist counsel in the review of these documents, but requests additional time.  Id.  At the April 19, 2018 pre-trial motions hearing, the government did not object to a continuance.

The court believes that failure to grant the requested continuance would likely prejudice defense counsel's ability to effectively represent the defendant.  Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the best interest of the defendants and the public in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).  In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion

"would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).

Deeming it proper to do so, the court **GRANTS** defendant's motion to continue.

Accordingly, the court **ORDERS** as follows:

I. Trial of this action is continued until **Tuesday, July 31, 2018, at 9:30 a.m.**, in Charleston;

II. Pretrial motions are to be filed on or before **Monday, June 25, 2018**;

III. A pretrial motions hearing is scheduled for **Monday, July 2, 2018 at 10:00 a.m.,** in Bluefield;

IV. Proposed voir dire questions, proposed jury instructions, and prospective witness lists are to be filed on or before **Tuesday, July 24, 2018**; and

V. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of defendant's motions until the trial is excludable for purposes of the Speedy Trial Act.

Given the generous nature of the extension granted herein, no further extensions of the deadline will be granted.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District of West Virginia, and the Probation Office of this court.

**IT IS SO ORDERED** this 26th day of April, 2018.

ENTER:

David A. Faber
Senior United States District Judge