```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL NO. 2:18-00034

**PHYLLIS DOTY**

<u>ORDER</u>

Before the court are defendant's motions to dismiss Counts Three and Four of the Indictment.  ECF Nos. 31, 32.  For reasons expressed more fully in a separate Memorandum Opinion and Order to be filed on a later date, the court **GRANTS** defendant's motions and **DISMISSES** Counts Three and Four without prejudice.

The Clerk is directed to send a copy of this Order to counsel of record, the United States Marshal for the Southern District of West Virginia, and the Probation Office of this court.

**IT IS SO ORDERED** this 6th day of July, 2018.

ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge