# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 8/27/2018                                                              Case Number 2:18-cr-00034
Case Style: USA vs. Phyllis Doty
Type of hearing Pretrial Motions Hearing
Before the honorable: 2512-Faber
Court Reporter Ayme Cochran                                                  Courtroom Deputy Cindy Lilly
Attorney(s) for the Plaintiff or Government Erik Goes, Gabriele Wohl

Attorney(s) for the Defendant(s) James Cagle, J. Legato

Law Clerk Christopher Carlson                                                Probation Officer

## Trial Time

## Non-Trial Time

Motions hearing (without evidence). Type: Pretrial Motions

## Court Time

11:00 am   to 12:23 pm
Total Court Time: 1 Hours 23 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start: 11:00 a.m.
Actual Start: 11:00 a.m.
Court in session for hearing on pretrial motions
Court Adjourned: 12:23 p.m.