# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

Date: 8/28/2018                                                                 Case Number 2:18-cr-00034

Case Style: USA vs. Phyllis  Doty

Type of hearing Criminal Jury Trial

Before the honorable: 2512-Faber

Court Reporter Ayme Cochran                                         Courtroom Deputy Cindy Lilly

Attorney(s) for the Plaintiff or Government Erik Goes,Gabriele Wohl

Attorney(s) for the Defendant(s) James Cagle,J. Legato

Law Clerk Christopher Carlson                                        Probation Officer

## Trial Time

Jury selection with trial commencing same day.
Jury Trial. Day No. 1

## Non-Trial Time

## Court Time

9:32 am    to 11:51 am
12:01 pm   to 12:24 pm
1:46 pm    to 3:01 pm
3:13 pm    to 4:45 pm
Total Court Time: 5 Hours 29 Minutes Court actively conducting trial proceedings/Contested proceedings

9:17 am    to 9:21 am
Total Court Time: 0 Hours 4 Minutes Other proceedings during trial

## Courtroom Notes

Scheduled Start: 9:30 a.m.
Actual Start: 9:17 a.m.
Court in session
9:21 a.m.
Recess
9:32 a.m.
Voir Dire
11:51 a.m.
Recess
12:01 p.m.
Jury in, strikes
12:24 p.m.
Jury out, recess
1:46 p.m.
Jury in, sworn
1:56 p.m.
Opening Statements
2:17 p.m.
Edgar Ray Ellis, III sworn and examined
3:01 p.m.
Jury out, recess
3:13 p.m.

# District Judge Daybook Entry

Jury in, examination of Mr. Ellis continues
4:11 p.m.
Jason David Browning sworn and examined
4:35 p.m.
Teddy Michael Frye sworn and examined
4:45 p.m.
Jury out, recess