AO 187 (Rev. 7/87) | USDC/CRT-009 (Rev. 1/16) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

UNITED STATES OF AMERICA



v.

**EXHIBIT AND WITNESS LIST**

PHYLLIS DOTY

Case Number: 2:18-00034

| PRESIDING JUDGE<br>Honorable David A. Faber | | | PLAINTIFF'S ATTORNEY<br>Gabriele Wohl, Erik S. Goes | | DEFENDANT'S ATTORNEY<br>James M. Cagle, J. Jeaneen Legato |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>8/28, 29, 30, 31, 2018 | | | COURT REPORTER<br>Ayme Cochran | | COURTROOM DEPUTY<br>Cynthia Lilly |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* OR NAME OF WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/28/18 | | | Edgar Ray Ellis III |
| 1 | | 8/28/18 | X | X | Photograph |
| 2 | | 8/28/18 | X | X | Photograph |
| 3 | | 8/28/18 | X | X | Requisition Form Dated 8/31/11 |
| -- | | | | | No Exhibit #4 |
| 5 | | 8/28/18 | X | X | Requisition Form Dated  7/10/13 |
| 6 | | 8/28/18 | X | X | Purchase Order  Dated 7/15/13 |
| 7 | | 8/28/18 | X | X | Fax Confirmation Dated 7/29/13 |
| 8 | | 8/28/18 | X | X | Top Sheet - Copy of Check Dated 8/23/13 |
| 9 | | 8/28/18 | X | X | Requisition Form 11/20/13 |
| 10 | | 8/28/18 | X | X | Purchase Order Dated 11/25/13 |
| 11 | | 8/28/18 | X | X | Fax Confirmation Dated 11/25/13 |
| 12 | | 8/28/18 | X | X | Top Sheet - Copy of Check 12/13/13 |
| 13 | | 8/28/18 | X | X | Requisition For 12/13/13 |
| 14 | | 8/28/18 | X | X | Walmart Receipt Dated 12/13/13 |
| 15 | | 8/28/18 | X | X | Purchase Order Dated 12/13/13 |
| 16 | | 8/28/18 | X | X | Computer Printout |
| 17 | | 8/28/18 | X | X | Requisition Form |
| 18 | | 8/28/18 | X | X | Purchase Order Dated 2/25/15 |
| 19 | | 8/28//18 | X | X | Invoice - Displays2Go Dated 2/27/15 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

RESET FORM

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | | | vs. PHILLIS DOTY | CASE NO. 2:18-00034 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 20 | | 8/28/18 | ✕ | ✕ | Top Sheet - Copy of Check Dated 3/27/15 |
| 21 | | 8/28/18 | ✕ | ✕ | Requisition Form Dated 4/1/15 |
| 22 | | 8/28/18 | ✕ | ✕ | Purchase Order Dated 4/1/15 |
| 23 | | 8/28/18 | ✕ | ✕ | Invoice - Displays2Go Dated 4/17/15 |
| 24 | | 8/28/18 | ✕ | ✕ | Email to Browning from Ellis Dated 3/12/15 |
| 25 | | 8/28/18 | ✕ | ✕ | Email to Phyllis Doty and Jason Browning from Ellis Dated 4/1/15 |
| 26 | | 8/28/18 | ✕ | ✕ | Purchase Order Dated 3/12/15 |
| 27 | | 8/28/18 | ✕ | ✕ | Printout Wholesale Event Solution Inc. |
| | 1 | 8/28/18 | ✕ | ✕ | Organization Chart for Board of Education of Logan County |
| | 2 | 8/28/18 | ✕ | ✕ | Purchase Order (Blue Copy) |
| | 3 | 8/28/18 | ✕ | ✕ | Emails |
| 2 | | | | | Jason David Browning sworn and examined |
| 28 | | 8/28/18 | ✕ | ✕ | Photograph |
| 29 | | 8/28/18 | ✕ | ✕ | Photograph |
| 3 | | 8/28/18 | | | Teddy Michael Frye |
| 30 | | 8/28/18 | ✕ | ✕ | Photograph |
| 31 | | 8/29/18 | ✕ | ✕ | Photograph |
| 34 | | 8/29/18 | ✕ | ✕ | Photograph |
| 36 | | 8/29/18 | ✕ | ✕ | Photograph |
| 37a | | 8/29/18 | ✕ | ✕ | Photograph |
| 39 | | 8/29/18 | ✕ | ✕ | Photograph |
| 40 | | 8/29//18 | ✕ | ✕ | Photograph |
| 41 | | 8/29/18 | ✕ | ✕ | Photograph |
| 4 | | 8/29/18 | | | Diana Caldwell |
| 75 | | 8/29/18 | ✕ | ✕ | Urn |
| 42 | | 8/29/18 | ✕ | ✕ | Recording |
| 42a | | 8/29/18 | ✕ | | Transcript of 42 (not moved) |

RESET FORM

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| U.S. | | | | vs. Doty | CASE NO. 2:18-00034 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 75a | | 8/29/18 | ✕ | ✕ | Box |
| | 4.00 | 8/29/18 | ✕ | ✕ | Photograph |
| 5 | | | | | Debra C. Vance |
| 6 | | | | | Bradley Dugan |
| 7 | | | | | Jeffrey McGuire |
| 45 | | 8/29/18 | ✕ | ✕ | Account Registration Sheet - jack1545 |
| 46 | | 8/29/18 | ✕ | ✕ | Disc - Ebay |
| 46a | | 8/29/18 | ✕ | ✕ | Excel Spreadsheet Chart |
| 58 | | 8/29/18 | ✕ | ✕ | Ebay feedback page |
| 8 | | 8/29/18 | | | Sean Pinner |
| 48 | | 8/29/18 | ✕ | ✕ | Disc - Apple |
| 48a | | 8/29/18 | ✕ | ✕ | Apple Records Chart |
| 48b | | 8/29/18 | ✕ | ✕ | Apple Records Chart |
| 48c | | 8/29/18 | ✕ | ✕ | Apple Records Chart |
| 48d | | 8/29/18 | ✕ | ✕ | Apple Records Chart |
| 9 | | 8/29/18 | | | Janina Hillgruber |
| 47 | | 8/29/18 | ✕ | ✕ | Disc - PayPal |
| 47a | | 8/29/18 | ✕ | ✕ | PayPal Records Chart |
| 47b | | 8/29/18 | ✕ | ✕ | PayPal Records Chart |
| 10 | | 8/29/18 | | | Courtney Phillips |
| 50 | | 8/29/18 | ✕ | ✕ | AT&T Record |
| 10 | | 8/29/18 | | | Terry Harless |
| 11 | | 8/29/18 | | | David Adkins |
| 37 | | 8/29/18 | ✕ | ✕ | Easel |
| 12 | | 8/29/18 | | | Christopher Smoot |
| 32 | | 8/29/18 | ✕ | ✕ | Christopher Smoot Statement |
| 13 | | 8/29/18 | | | Brian Robert Lauck |

RESET FORM

✎AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| U.S. | | | vs. Doty | | CASE NO. 2:18-00034 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 43 | | 8/29/18 | ✕ | ✕ | Facebook Message 1/26/17 |
| | 5.00 | 8/29/18 | ✕ | ✕ | Textbook Ballot - Brian Lauck |
| 14 | | 8/29/18 | | | Brenda K. Hager |
| 15 | | 8/29/18 | | | Rachel Michelle Carroll |
| | 6 | 8/29/18 | ✕ | ✕ | Textbook Ballot - Michelle Smith |
| 16 | | 8/29/18 | | | Gregory Bailey |
| | 7 | 8/29/18 | ✕ | ✕ | Textbook Ballot - Gregory Bailey |
| 17 | | 8/29/18 | | | Ellen Woods Ramey |
| 18 | | 8/30/18 | | | Steven Cochrane |
| 76 | | 8/30/18 | ✕ | ✕ | Ipad |
| 19 | | 8/30/18 | | | Ashley Stapleton |
| 77 | | 8/30/18 | ✕ | ✕ | Ipad |
| 78 | | 8/30/18 | ✕ | ✕ | Ipad |
| 79 | | 8/30/18 | ✕ | ✕ | Ipad |
| 80 | | 8/30/18 | ✕ | ✕ | Ipod |
| 20 | | 8/30/18 | | | John Pasley |
| 49 | | 8/30/18 | ✕ | ✕ | BB&T Records |
| 49a | | 8/30/18 | ✕ | ✕ | BB&T Records |
| 49b | | 8/30/18 | ✕ | ✕ | BB&T Records |
| 49c | | 8/30/18 | ✕ | ✕ | BB&T Records |
| 21 | | 8/30/18 | | | Melody Thompson |
| 22 | | 8/30/18 | | | Melinda Kash |
| 54a | | 8/30/18 | ✕ | ✕ | Column Warehouse Invoice |
| 51 | | 8/30/18 | ✕ | ✕ | Screenshot |
| 52 | | 8/30/18 | ✕ | ✕ | Screenshot |
| 53 | | 8/30/18 | ✕ | | Screenshot (objection ) |
| 23 | | 8/30/18 | | | Jim Lafferty |

RESET FORM

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| U.S. | | vs. Doty | | | CASE NO. 2:18-00034 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 60 | | 8/30/18 | ✕ | ✕ | Photograph |
| 61 | | 8/30/18 | ✕ | ✕ | Photograph |
| 62 | | 8/30/18 | ✕ | ✕ | Photograph |
| 63 | | 8/30/18 | ✕ | ✕ | Photograph |
| 64 | | 8/30/18 | ✕ | ✕ | Photograph |
| 65 | | 8/30/18 | ✕ | ✕ | Photograph |
| 66 | | 8/30/18 | ✕ | ✕ | Photograph |
| 69 | | 8/30/18 | ✕ | ✕ | Photograph |
| 67 | | 8/30/18 | ✕ | ✕ | Photograph |
| 68 | | 8/30/18 | ✕ | ✕ | Photograph |
| 59 | | 8/30/18 | ✕ | ✕ | Email from Doty to jpdoty@suddenlink.net |
| 55c | | 8/30/18 | ✕ | ✕ | Disc - Audio Interview of Phyllis Doty |
| 55e | | 8/30/18 | ✕ | | withdrawn |
| 55d | | 8/30/18 | ✕ | | Transcript of 55c (not moved) |
| 56 | | 8/30/18 | ✕ | ✕ | Chart |
| 57 | | 8/30/18 | ✕ | ✕ | Chart |
| | 1 | 8/30/18 | | | Teresa Justice |
| | 8 | 8/30/18 | ✕ | ✕ | Photograph |
| | 9 | 8/30/18 | ✕ | ✕ | Photograph |
| | 10 | 8/30/18 | ✕ | ✕ | Photograph |
| | 11 | 8/30/18 | ✕ | ✕ | Photograph |
| | 12 | 8/30/18 | ✕ | ✕ | Photograph |
| | 13 | 8/30/18 | ✕ | ✕ | Photograph |
| | 2 | 8/30/18 | | | Andrea Santos |
| | 14 | 8/30/18 | ✕ | ✕ | Photograph |
| | 15 | 8/30/18 | ✕ | | Photograph (objection) |
| | 3 | 8/30/18 | | | Melissa Frye |

Page ___5___ of ___6___ Pages

RESET FORM

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| U.S. | | | | vs. Doty | | CASE NO. 2:18-00034 |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 4 | 8/30/18 | | | Mark McGrew |
| | 16.00 | 8/30/18 | X | X | Board Minutes 7/16/15 |
| | 5 | 8/30/18 | | | Betty J. Vaughn |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page ___6___ of ___6___ Pages