SEP-09-2011 10:25AM FROM-LOGAN COUNTY SCHOOLS    13047523711    T-821 P 002/002 F-421

**LOGAN COUNTY SCHOOLS REQUISITION**
Box 477, Logan, WV 25601
Phone (304) 752-1580 Fax 752-3711

9 8979

VENDOR # 823    PURCHASE ORDER #

CODE 11.00112.11111.691.099    DATE 8-31-11

VENDOR: Apple

SHIP TO: Logan County Schools
Attn: Phyllis Doty
506 Holly Avenue
Logan, WV 25601

| Quantity | Part Number and Description | Unit Cost | Total Cost |
|---|---|---|---|
| 10 | MC544LL/A IPOD Touch | 299.00 | 2,990.00 |

Requisitioned By: Phyllis Doty

GOVERNMENT EXHIBIT
CASE NO. 2:18-cr-00034
EXHIBIT NO. 3

USAO-DOTY-355992

**COUNTY SCHOOLS REQUISITION**
Box 477, Logan, WV 25601
Phone (304) 752-1550 Fax 752-3711

VENDOR # 823    PURCHASE ORDER # 104780

CODE    DATE 7/10/13
VENDOR  SHIP TO
Apple   001

PHONE

| Payment Terms | Ship Via | Freight Terms | Pricing | Date Required | School |
|---|---|---|---|---|---|
| Quantity | Part Number and Description | | | Unit Cost | Total Cost |
| 5 | IPads Board New positions Members 11..1231.696.005 | | | | |
| 1 | 64GB Retina Display w/data 11..12321.696.001 | | | | |

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 2:18-cr-00034
EXHIBIT NO. 5

Date Approved _____   Requisitioned By Phyllis Doty
Approved By _____    Approved By Principal / Supervisor

USAO-DOTY-354419

JUL-29-2013 01:16PM FROM-LOGAN COUNTY SCHOOLS 13047523711 T-601 P.001/001 F-849

823

**506 Holly Avenue**
**P.O. BOX 477**
**Logan, West Virginia 25601**
Telephone:(304) 792-2060; FAX:(304) 752-3711

P/O #: 104780

PO# 104780

| | | |
|---|---|---|
| TO: | APPLE INC.<br>12545 RIATA VISTA CIRCLE<br>M/S; 198HE<br>AUSTIN, TX 78727 | SHIP TO: LOGAN COUNTY SCHOOLS<br>506 HOLLY AVENUE<br>P.O. BOX 477<br>LOGAN, WV 25601<br>(304) 752-1550 |

866-845-2994

ATTN: RAY ELLIS

DATE: 7/15/13   SHIPPING: F.O.B DESINATIO   REQUISITION:

| QUANTITY | | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | EA | ME400LL/A<br>IPAD WITH RETINA DISPLAY WIF-FI +<br>CELLULAR FOR AT&T 128GB | 929.0000 | 929.00 |
| 5 | EA | IPAD WITH RETINA DISPLAY WI-FI 32 GB<br>FOR BOARD MEMBERS | 599.0000 | 2,995.00 |
| | | TOTAL | | 3,924.00<br>**************** |

ACCOUNT                                                   AMOUNT
11.00000.12321.696.001.0000.0000.00    929.00
11.00000.12311.696.005.0000.0000.00    2,995.00

---

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 2:18-cr-00034
EXHIBIT NO. 6

---

**INSTRUCTIONS TO VENDORS**
1. Do not overship or substitute without prior Logan BOE approval.
2. Send all invoices in triplicate to: Logan County Schools, PO Box 477 Logan, WV, 25601
3. Prepay all transportation charges.
4. All shipments must contain packing slip.
5. The purchase order number must appear on all invoices, packing slips, packages.
6. This purchase order is not transferable.

Include no state sales or use taxes or federal excise taxes in the amounts billed. State separately on each invoice the amount of manufacturers' federal excise tax, if any. Invoices shall be applicable to a single purchase order and must state terms and notation of "complete order." Do not invoice for items back ordered until shipped. If purchase order request cannot be filled completely send a back order memoranda with delivery. If filling shortages, be sure to show original purchase order number. The board will not be responsible for any changes for items delivered except through purchase order duly executed.
Our West Virginia Tax Blanket Exemption No. is 55 6000344 001.


AUTHORIZED SIGNATURE OF PURCHASING OFFICIAL

**PURCHASING COPY**

45001POCC

DOTY-APL-00007

## MEMORY TRANSMISSION REPORT

TIME       : JUL-29-2013  01:17PM
TEL NUMBER : 13047523711
NAME       : LOGAN COUNTY SCHOOLS

| | | |
|---|---|---|
| FILE NUMBER    | : | 848 |
| DATE           | : | JUL-29 01:16PM |
| TO             | : | 918668452999 |
| DOCUMENT PAGES | : | 001 |
| START TIME     | : | JUL-29 01:16PM |
| END TIME       | : | JUL-29 01:17PM |
| SENT PAGES     | : | 001 |
| STATUS         | : | OK |

FILE NUMBER : 848

*** SUCCESSFUL TX NOTICE ***

**LOGAN COUNTY BOARD OF EDUCATION**
506 Holly Avenue
P.O. BOX 477
Logan, West Virginia 25601
Telephone:(304) 792-2060; FAX:(304) 752-3711

P/O #: 104780

PO# - 104780

TO: APPLE INC.
12545 RIATA VISTA CIRCLE
M/S: 198HE
AUSTIN, TX 78727

866-845-2994

SHIP TO: LOGAN COUNTY SCHOOLS
506 HOLLY AVENUE
P.O. BOX 477
LOGAN, WV 25601
(304) 712-1550

ATTN: RAY ELLIS

DATE: 7/25/13   SHIPPING: F.O.B DESTINATIO

| QTY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | EA | ME400LL/A IPAD WITH RETINA DISPLAY WIF-FI + CELLULAR FOR AT&T 128GB | 929.0000 | 929.00 |
| 5 | EA | IPAD WITH RETINA DISPLAY WI-FI 32 GB FOR BOARD MEMBERS | 599.0000 | 2,995.00 |
| | | TOTAL | | 3,924.00 |

ACCOUNT                                         AMOUNT
11.00000.12321.696.001.0000.0000.00              929.00
11.00000.12311.696.005.0000.0000.00            2,995.00

INSTRUCTIONS TO VENDORS

PURCHASING COPY

GOVERNMENT EXHIBIT
CASE NO. 2:18-cr-00034
EXHIBIT NO.

USAO-DOTY-356199



**THE LOGAN COUNTY BOARD OF EDUCATION**
P.O. BOX 477, 506 HOLLY AVENUE
LOGAN, WEST VIRGINIA 25601

69-36/515

**UNITED**
NATIONAL BANK
West Virginia's Bank

| DATE | CHECK NUMBER |
|------|--------------|
| 8/23/13 | 079125 |
| CHECK AMOUNT ||
| ********$3,924.00 ||

PAY   *EXACTLY 3,924 DOLLARS AND NO CENTS*

**NON-NEGOTIABLE**

TO THE ORDER OF
APPLE INC.
P.O. BOX 281877
ATLANTA GA  30384-1877

APPROVED
AUG 2 2 2013

Mailed
AUG 2 3 2013
Diann Able

THE LOGAN COUNTY BOARD OF EDUCATION
P.O. BOX 477 • LOGAN, WEST VIRGINIA • 25601

Detach and Retain
For Your Records     079125

| Account Number | Invoice | P/O # | Amount | Disc | Paid |
|---|---|---|---|---|---|
| 11.00000.12321.696.001.0000.0000.00 | | | | | |
| | 4247561550 | 104780 | 2,995.00 | | 2,995.00 |
| 11.00000.12321.696.001.0000.0000.00 | | | | | |
| | 4248190155 | 104780 | 929.00 | | 929.00 |
| Vendor    823    Voucher    00005    8/23/13 | | | 79125 | Check Total | 3,924.00 |



A0386-C
**GOVERNMENT EXHIBIT**
CASE NO. 2:18-cr-00034
EXHIBIT NO. 8

USAO-DOTY-356193

fax 866-845-2999

**LOGAN COUNTY SCHOOLS REQUISITION**
Box 477, Logan, WV 25601
Phone (304) 752-1550 Fax 752-3711

VENDOR # 823

PURCHASE ORDER # 106093

CODE 11.12321.696.001  DATE 11/20/2013

VENDOR: Apple

SHIP TO: 001 - Phyllis Doty

PHONE

| Payment Terms | Ship Via | Freight Terms | Pricing | Date Required | School |
|---|---|---|---|---|---|
| Quantity | Part Number and Description | | | Unit Cost | Total Cost |
| 5 | iPad Air 128GB | | | 799 | 3995 |

GOVERNMENT EXHIBIT
CASE NO. 2:18-cr-00034
EXHIBIT NO. 9

Date Approved

Requisitioned By: Phyllis Doty

Approved By

Approved By Principal / Supervisor

USAO-DOTY-356215

NOV-25-2013 05:14PM FROM-LOGAN COUNTY SCHOOLS 13047523711 T-556 P.001/001 F-337

823

506 Holly Avenue
P.O. BOX 477
Logan, West Virginia 25601
Telephone:(304) 792-2060; FAX:(304) 752-3711

P/O #: 106093

866-845-2999

PO# 106093

| TO: | APPLE INC.<br>12545 RIATA VISTA CIRCLE<br>M/S; 198HE<br>AUSTIN, TX 78727 | SHIP TO: | LOGAN COUNTY SCHOOLS<br>506 HOLLY AVENUE<br>P.O. BOX 477<br>LOGAN, WV 25601<br>(304) 752-1550 |
|---|---|---|---|
| | | ATTN: | PHYLLIS DOTY |

DATE: 11/25/13   SHIPPING: F.O.B DESINATIO   REQUISITION:

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 5 EA | ME898LL/A<br>IPAD AIR WIF-FI 128GB - SPACE GRAY<br>*SUPERINTENDENT AND DIRECTORS* | 799.0000 | 3,995.00 |
| | TOTAL | | 3,995.00<br>**************** |

ACCOUNT                                              AMOUNT
11.00000.12321.696.001.0000.0000.00                  3,995.00

**GOVERNMENT EXHIBIT**
AO386-C
CASE NO. 2:18-cr-00034
EXHIBIT NO. 10

**INSTRUCTIONS TO VENDORS**
1. Do not overship or substitute without prior Logan BOE approval.
2. Send all invoices in triplicate to: Logan County Schools, PO Box 477 Logan, WV 25601
3. Prepay all transportation charges.
4. All shipments must contain packing slip.
5. The purchase order number must appear on all invoices, packing slips, packages.
6. This purchase order is not transferable.

Include no state sales or use taxes or federal excise taxes in the amounts billed. State seperately on each invoice the amount of manufacturers' federal excise tax. If any. Invoices shall be applicable to a single purchase order and must state terms and notation of "complete order." Do not invoice for items back ordered until shipped. If purchase order request cannot be filled completely send a back order memoranda with delivery. If filling shortages, be sure to show original purchase order number. The board will not be responsible for any changes for items delivered except through purchase order duly executed.
Our West Virginia Tax Blanket Exemption No. Is 55 6000344 001.

AUTHORIZED SIGNATURE OF PURCHASING OFFICIAL

**PURCHASING COPY**

45001POCC

DOTY-APL-00010