## MEMORY TRANSMISSION REPORT

```
TIME       : NOV-25-2013  05:14PM
TEL NUMBER : 13047523711
NAME       : LOGAN COUNTY SCHOOLS
```

| | | |
|---|---|---|
| FILE NUMBER | : | 337 |
| DATE | : | NOV-25 05:13PM |
| TO | : | 918668452999 |
| DOCUMENT PAGES | : | 001 |
| START TIME | : | NOV-25 05:13PM |
| END TIME | : | NOV-25 05:14PM |
| SENT PAGES | : | 001 |
| STATUS | : | OK |

FILE NUMBER   : 337

\*\*\* SUCCESSFUL TX NOTICE \*\*\*

**LOGAN COUNTY BOARD OF EDUCATION**
506 Holly Avenue
P.O. BOX 477
Logan, West Virginia 25601
Telephone:(304) 792-2060; FAX:(304) 752-3711

VENDOR: 823

PURCHASE ORDER
P/O #: 106093

866-845-2999          PO# 106093

TO: APPLE INC.
12545 RIATA VISTA CIRCLE
M/S: 198HE
AUSTIN, TX 78727

SHIP TO: LOGAN COUNTY SCHOOLS
506 HOLLY AVENUE
P.O. BOX 477
LOGAN, WV 25601
(304) 752-1550
ATTN: PHYLLIS DOTY

DATE: 11/25/13    SHIPPING: F.O.B DESTINATIO    REQUISITION:

| QUANTITY | | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 5 | EA | ME898LL/A IPAD AIR WIF-FI 128GB - SPACE GRAY "SUPERINTENDENT AND DIRECTORS" | 799.0000 | 3,995.00 |
| | | TOTAL | | 3,995.00 |

ACCOUNT
11.00000.12321.696.001.0000.0000.00      AMOUNT  3,995.00

**INSTRUCTIONS TO VENDORS**

1. Do not substitute without prior Logan BOE approval.
2. Send all invoices in triplicate to: Logan County Schools, PO Box 477 Logan, WV 25601
3. Prepay all transportation charges.
4. All shipments must contain packing slip.
5. The purchase order number must appear on all invoices, packing slips, packages.
6. This purchase order is not transferable.

Include no state sales or use taxes or federal excise taxes in the amounts billed. State separately on each invoice the amount of manufacturers' federal excise tax, if any. Invoices shall be applicable to a single purchase order and must state terms and notation of "complete order." Do not invoice for items back ordered until shipped. If purchase order cannot be filled completely send a back order memoranda with delivery. If finding shortages, be sure to show original purchase order number. The board will not be responsible for any charges for items delivered except through purchase order duly executed.
Our West Virginia Blanket Exemption No. is 55-6002244-001.

AUTHORIZED SIGNATURE OF PURCHASING OFFICIAL

PURCHASING COPY

46001POCC

GOVERNMENT EXHIBIT
CASE NO. 2:18-cr-00034
EXHIBIT NO. 11

USAO-DOTY-356218

**THE LOGAN COUNTY BOARD OF EDUCATION**
P.O. BOX 477, 506 HOLLY AVENUE
LOGAN, WEST VIRGINIA 25601

69-36/515

**UNITED**
NATIONAL BANK
West Virginia's Bank

| DATE | CHECK NUMBER |
|---|---|
| 12/13/13 | 080842 |
| CHECK AMOUNT | |
| *******$4,873.00 | |

PAY   EXACTLY 4,873 DOLLARS AND NO CENTS

**NON-NEGOTIABLE**

TO THE ORDER OF
APPLE INC.
P.O. BOX 281877
ATLANTA GA   30384-1877

APPROVED
JAN 1 2 2013

Mailed
DEC 1 6 2013

Diann Ables

---

THE LOGAN COUNTY BOARD OF EDUCATION
P.O. BOX 477 • LOGAN, WEST VIRGINIA • 25601

Detach and Retain For Your Records   080842

| Account Number | Invoice | P/O # | Amount | Disc | Paid |
|---|---|---|---|---|---|
| 11.00000.11111.696.015.0000.0000.00 | 4261720959 | 105910 | 799.00 | | 799.00 |
| 11.00000.11111.696.015.0000.0000.00 | 4262558456 | 105910 | 79.00 | | 79.00 |
| 11.00000.12321.696.001.0000.0000.00 | 4264383557 | 106093 | 3,995.00 | | 3,995.00 |
| Vendor  823  Voucher  00005  12/13/13 | | | 80842 | Check Total | 4,873.00 |



AO386-C
**GOVERNMENT EXHIBIT**

CASE NO.   2:18-cr-00034
EXHIBIT NO.   12

USAO-DOTY-356201

**LOGAN COUNTY SCHOOLS REQUISITION**
Box 477, Logan, WV 25601
Phone (304) 752-1550 Fax 752-3711

55

VENDOR # 2 3034

PURCHASE ORDER # 106355

(CODE) 11 . 1111 . 196 . 599

DATE 12-13-13

VENDOR: Wal-Mart

SHIP TO: Doty

PHONE ____

| Payment Terms | Ship Via | Freight Terms | Pricing | Date Required | School |
|---|---|---|---|---|---|
| Quantity | Part Number and Description | | | Unit Cost | Total Cost |
| 4 | For Christmas Choral Performance | | | | 180.00 |
| | Rachel Smith | | | | |
| | Brian Lauk | | | | |
| | Gregg Bailey | | | | |
| | Brenda Nagy | Ellen Kirby | | | | |

GOVERNMENT EXHIBIT
AO386-C
CASE NO. 2:18-cr-00034
EXHIBIT NO. 13

Date Approved ____    Requisitioned By  Phyllis Doty

Approved By ____    Approved By Principal / Supervisor ____

# Walmart

Save money. Live better.

```
              ( 304 ) 769 - 0100
             MANAGER ROB GREENLEAF
               100 NITRO MARKET PL
               CROSS LANES WV 25313
ST# 2576 OP# 00007952 TE# 68 TR# 06396
PRODUCT SERIAL # SCCQLMELYDJFD
TOUCH 32 PNK 088590945601       295.00 0
PRODUCT SERIAL # SCCQLMGOJDJFD
TOUCH 32 PNK 088590945601       295.00 0
PRODUCT SERIAL # SCCQLD1TMF4JW
TOUCH 32 BLU 088590960963       295.00 0
PRODUCT SERIAL # SCCQLL6L3F4JW
TOUCH 32 BLU 088590960963       295.00 0
                     SUBTOTAL  1,180.00
                        TOTAL  1,180.00
            WALMART CREDIT TEND 1,180.00

ACCOUNT #        **** **** **** **44 05 S
APPROVAL # 013072
REF # 334700459473
TERMINAL # 11001286

        12/13/13         18:56:57
                      CHANGE DUE
        # ITEMS SOLD
TC# 1184 6412 9558 8850 0043
```



```
              Don't forget!
    Pick up your Layaway by Dec. 13th
         12/13/13      18:56:58

            ***CUSTOMER COPY***
```

GOVERNMENT EXHIBIT
CASE NO. 2:18-cr-00034
EXHIBIT NO. 14

# LOGAN COUNTY BOARD OF EDUCATION
### 506 Holly Avenue
### P.O. BOX 477
### Logan, West Virginia 25601
### Telephone:(304) 792-2060; FAX:(304) 752-3711

 23034

P/O #:   106355

| | |
|---|---|
| **TO:** WAL-MART STORE #01-2610<br>ACCT. #6032-2020-0100-0844<br>77 NORMAN MORGAN BOULEVARD<br>LOGAN, WV  25601 | **SHIP TO:** LOGAN COUNTY SCHOOLS<br>506 HOLLY AVENUE<br>P.O. BOX 477<br>LOGAN, WV  25601<br>(304) 752-1550<br>**ATTN:** P.DOTY |

**DATE:** 12/13/13   **SHIPPING:** F.O.B DESINATIO   **REQUISITION:**

| Description | Amount |
|---|---|
| 4/I POD FOR CHRISTMAN CHORAL PERFORMANCE | 1,180.00 |
| TOTAL | 1,180.00 |
| | *************** |

ACCOUNT
11.00000.11111.696.099.0000.0000.00

AMOUNT
1,180.00

RECEIVED
EXP. CODE _11.11111.696.099_
P.O. NO. _106355_  VEN. NO. _23034_
INV. NO. _06396-12/13/13_
AMT. _____ DISC. _____ NET _1180.00_

Complete

### INSTRUCTIONS TO VENDORS
1. Do not overship or substitute without prior Logan BOE approval.
2. Send all invoices in triplicate to: Logan County Schools, PO Box 477 Logan, WV, 25601
3. Prepay all transportation charges.
4. All shipments must contain packing slip.
5. The purchase order number must appear on all invoices, packing slips, packages.
6. This purchase order is not transferable.

Include no state sales or use taxes or federal excise taxes in the amounts billed. State seperately on each invoice the amount of manufacturers' federal excise tax, if any. Invoices shall be applicable to a single purchase order and must state terms and notation of "complete order." Do not invoice for items back ordered untill shipped. If purchase order request cannot be filled completely send a back order memoranda with delivery. If filling shortages, be sure to show original purchase order number. The board will not be responsible for any changes for items delivered except through purchase order duly executed.
Our West Virginia Tax Blanket Exemption No. is 55 6000344 001.

AUTHORIZED SIGNATURE OF PURCHASING OFFICIAL

PURCHASING COPY

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 2:18-cr-00034
EXHIBIT NO. 15

45001POCC

USAO-DOTY-009290