```
1/12/18   FY 14              LOGAN COUNTY SCHOOLS              15:40:29 D450013001
FMS                    Posted Invoice Lookup and P/O Index         Ref: ACP.460 .11
Vendor:        23034   Invoice: 06396-12/13/13   Purchase Order:        106355 PO
               WAL-MART STORE #01-2610           Entered by: LXA45001
               ACCT. #6032-2020-0100-0844        Batch ID:   CO4
               77 NORMAN MORGAN BOULEVARD        Posted:         1/02/14
                                                 1099 Inv:   N
               LOGAN                   WV 25601 0000
  Invoice Date:                 1/02/14     Invoice Due Date:
  Voucher Number:                    5       Other Reference:
  Invoice Description:        WAL-MART STORE #01-2610
  Account Number:             11.00000.11111.696.099.0000.0000.00
  Invoice Total:                     1,180.00
    Cash Discount:                                Days:         Taken: Y
  Paid Invoice Information:
    Check Number:             ACPCK    81322
    Bank:                     UNB     42141884
    Check Date:                        1/10/14
    Amount Paid:                       1,180.00
    Paid To:                  WAL-MART STORE #01-2610
         Enter   D  to Display or  P  to Print
Invoice Lines: N       Open A/P Journal Detail: N    Closed A/P Journal Detail: N
Mode: Lookup           F3=Exit           F5=Reset   F12=Cancel           Cancel? N
```

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 2:18-cr-00034
EXHIBIT NO. 16

USAO-DOTY-355967

For Competitions                                              Math Field Day

## LOGAN COUNTY SCHOOLS REQUISITION
Box 477, Logan, WV 25601
Phone (304) 752-1550 Fax 752-3711

VENDOR # 6042     PURCHASE ORDER # 110039

CODE 11..1111.611.099.0881    DATE

VENDOR: Display2go

SHIP TO: Ralph R Willis Vocational School
Justice/Smoot

Fax

PHONE

| Quantity | Part Number and Description | Unit Cost | Total Cost |
|---|---|---|---|
| 2 | EAS5199BLK Easel | 54.80 | 109.60 |
| 4 | BIRDSSC2 containers Beverage | 133.65 | 534.60 |
| 4 | AF2436BKES easel | 76.20 | 304.80 |
| 4 | WNDMK216.1111 markers | 16.33 | 65.32 |
| 5 | WNDMMWHT 1/4 markers | 8.49 | 42.45 |
| 5 | WND16.11.11PNK markers | 4.38 | 21.90 |
| 6 | WND16.11.11WHT 5/8 markers | 5.03 | 30.18 |
| 6 | WND16.11.11PNK 5/8 markers | 8.49 | 50.94 |
| 30 2 | BBSWB11SBK cial basket | 5.02 | 150.60 |
| 2 | 4ASTHEXBEV Beverage | 187.58 | 375.16 |
| 2 | FLBD1433 Bev. container | 25.39 | 50.78 |
| 1 | FCB120HILLS case | 108.13 | 108.13 |

Date Approved              Requisitioned by

Approved By                Approved By Principal / Supervisor

GOVERNMENT EXHIBIT
CASE NO. 2:18-cr-00034
EXHIBIT NO. 17

02-25-15;04:08PM;From:          To:914012470392 ;913047523711     # 1/ 1

OK to file
2-27-15



6042

**LOGAN COUNTY BOARD OF EDUCATION**
506 Holly Avenue
P.O. BOX 477
Logan, West Virginia 25601
Telephone:(304) 792-2060; FAX:(304) 752-3711

P/O #: 110039

PO# 110039

TO: DISPLAYS2GO
55 BROADCOMMON RD.
BRISTOL, RI 02809

Attn. Kristin  401-247-0392

SHIP TO: WILLIS VOCATIONAL CENTER
144 VOCATIONAL ROAD
PO BOX 1747
STOLLINGS, WV 25646
(304) 752-4687
ATTN: C SMOOT/S JUSTICE

DATE: 2/25/15   SHIPPING: F.O.B DESINATIO   REQUISITION:

| QTY | UOM | ITEM | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 2 | EA | EAS5199BWK EASEL | 54.8000 | 109.60 |
| 4 | EA | BVRDSS02 1.5 BEVERAGE CONTAINERS | 133.6500 | 534.60 |
| 4 | EA | AE2436BKES (AF2436BKES) EASEL | 76.2000 | 304.80 |
| 4 | EA | W7DMK210MM MARKERS | 16.3300 | 65.32 |
| 5 | EA | WND6MMWHT 1/16 MARKERS | 8.4900 | 42.45 |
| 5 | EA | WND6MMPNK MARKERS | 4.3800 | 21.90 |
| 6 | EA | WND16MMWHT 5/8 TIP MARKERS | 5.0300 | 30.18 |
| 6 | EA | WND16MMPNK 5/8 MARKERS | 8.4900 | 50.94 |
| 30 | EA | BBSWB118BK OVAL BASKET | 5.0200 | 150.60 |
| 2 | EA | 4PSTHEXBEV BEVERAGE | 187.5800 | 375.16 |
| 2 | EA | FLBD1433 BEV CONTAINER | 25.3900 | 50.78 |
| 1 | EA | FCB120HMBS EASEL | 108.1300 | 108.13 |

TOTAL   1,844.46

ACCOUNT
11.00000.11111.611.099.0861.0000.00

AMOUNT
1,844.46

rayellis@k12.wv.us  (1-304-792-2044)

GOVERNMENT EXHIBIT
CASE NO. 2:18-cr-00034
EXHIBIT NO. 18

**INSTRUCTIONS TO VENDORS**
1. Do not overship or substitute without prior Logan Schools approval.
2. Send invoices to Logan County Schools, PO Box 477 Logan, WV 25601
3. Prepay all transportation charges.
4. All shipments must contain packing slip.
5. The purchase order number must appear on all invoices, packing slips, packages.
6. This purchase order is not transferable.

Include no state sales or use taxes or federal excise taxes in the amounts billed. State separately on each invoice the amount of manufacturers' federal excise tax, if any. Invoices shall be applicable to a single purchase order and must state terms and notation of "complete order." Do not invoice for items back ordered until shipped. If purchase order request cannot be filled completely send a back order memoranda with delivery. If filling shortages, be sure to show original purchase order number. The board will not be responsible for any charges for items delivered except through purchase order duly executed.
Our West Virginia Tax Blanket Exemption No. is 55 6000346 001.

C-1133183  2/26/15 /CAA

45001POGG 200366179

AUTHORIZED SIGNATURE OF PURCHASING OFFICIAL

USAO-DOTY-000113

# DISPLAYS2GO
A division of George Patton Associates, Inc.

55 Broad Common Road  Phone: 800-572-2194
Bristol, RI 02809       Fax:   401-247-0392

# Invoice

NO.:  IN-1406837
Date: 02/27/15

Billed To:
  LOGAN COUNTY BOARD OF EDUCATION
  506 HOLLY AVE
  PO BOX 477
  LOGAN, WV 25601
  ATTN: ACCOUNTS PAYABLE
  C-1133183

Shipped To:
  RR WILLIS VOCATIONAL CNTR
  144 VOCATIONAL RD
  PO# 110039
  STOLLINGS, WV 25646
  ATTN: DAVID ADKINS 304-752-4687

| Order Number | PO Number | Terms  | Shipped  | Currency |
|---|---|---|---|---|
| 200366179    | 110039    | NET 30 | 02/27/15 | USD      |

| Qty. | SKU | Description | Price | Amount |
|---|---|---|---|---|
| 1  | SPECIAL     | CALL PRIOR TO DELIVERY                     | 0.00   | 0.00   |
| 2  | EAS5199BLK  | SCROLLY IRON BLACK EASEL                   | 54.80  | 109.60 |
| 4  | BVRDSS02    | SINGLE JUICE DISPENSER                     | 133.65 | 534.60 |
| 4  | WNDMKR10MM  | 3/8" FLAT TIP FLUORESCENT MARKER           | 16.33  | 65.32  |
| 5  | WND6MMWHT   | 3 PACK-BULLET POINT WHITE WET ERASE PENS   | 8.49   | 42.45  |
| 5  | WND6MMPNK   | 3 PACK-BULLET POINT PINK WET ERASE PENS    | 4.38   | 21.90  |
| 6  | WND16MMWHT  | 3 PACK-PARALLEL POINT WHT WET ERASE PENS   | 5.03   | 30.18  |
| 5  | WND16MMPNK  | 3 PACK-PARALLEL POINT PNK WET ERASE PENS   | 8.49   | 42.45  |
| 30 | BBSWB118BK  | BLACK WIRE BREAD BASKET                    | 5.02   | 150.60 |
| 2  | 4PSTHEXBEV  | POLYGON BEV DSPENSR W/ ICE CORE            | 187.58 | 375.16 |
| 2  | FLBD1433    | DUAL BEVERAGE DISPENSER 1 GAL PER SIDE     | 25.39  | 50.78  |
| 1  | FCB120HMES  | MAHOGANY A FRAME W/ HEADER & MAGIC ERASR   | 108.13 | 108.13 |
| 4  | AF2436BKES  | 24 X 36 BLACK A-FRAME CHALKBOARD W/ ERSR   | 76.20  | 304.80 |
| 1  | SPECIAL     | SHIP LIFTGATE - BEST METHOD                | 0.00   | 0.00   |
| 1  | SHIPPING    | SEE SPECIAL                                | 233.93 | 233.93 |

Item Subtotal    2,069.90
Tax                  0.00

Total (USD)                              2,069.90
03/31/15 Check 087362 Payment Received  -2,069.90

Balance              0.00



AO386-C
**GOVERNMENT EXHIBIT**

CASE NO.  2:18-cr-00034

EXHIBIT NO.  19

USAO-DOTY-000110

THE LOGAN COUNTY BOARD OF EDUCATION
P.O. BOX 477, 506 HOLLY AVENUE
LOGAN, WEST VIRGINIA 25601

69-36/515

UNITED
NATIONAL BANK
West Virginia's Bank

| DATE | CHECK NUMBER |
|---|---|
| 3/27/15 | 087362 |
| CHECK AMOUNT | |
| ********$2,069.90 | |

PAY   EXACTLY 2,069 DOLLARS AND 90 CENTS

**NON-NEGOTIABLE**

TO THE ORDER OF

DISPLAYS2GO
55 BROADCOMMON RD.
BRISTOL RI   02809

APPROVED
MAR 2 6 2015

FILED
MAR 2 7 2015
DIANN ABLES

THE LOGAN COUNTY BOARD OF EDUCATION
P.O. BOX 477 · LOGAN, WEST VIRGINIA · 25601

Detach and Retain
For Your Records

087362

| Account Number | Invoice | P/O # | Amount | Disc | Paid |
|---|---|---|---|---|---|
| 11.00000.11111.611.099.0881.0000.00 | | | | | |
| | IN-1406837 | 110039 | 2,069.90 | | 2,069.90 |
| Vendor | 6042   Voucher   00005 | 3/27/15 | 87362 | Check Total | 2,069.90 |



AO386-C
GOVERNMENT EXHIBIT
CASE NO.   2:18-cr-00034
EXHIBIT NO.   20

USAO-DOTY-355941