**LOGAN COUNTY SCHOOLS REQUISITION**
Box 477, Logan, WV 25601
Phone (304) 752-1550 Fax 752-3711

VENDOR # 6042

PURCHASE ORDER #

CODE 11..31342.611.201    DATE 4/1/15

VENDOR: Display 2GO

SHIP TO: Ralph R Willis Vocational attn: Chris

PHONE 800-572-2194

| Payment Terms | Ship Via | Freight Terms | Pricing | Date Required | School |
|---|---|---|---|---|---|
| Quantity | Part Number and Description | | | Unit Cost | Total Cost |
| 3 | WNDMKR8MM Markers | | | 13.23 | 39.69 |
| 3 | WNDMKR10MM markers | | | 16.33 | 48.99 |
| 3 | WNDMKR16MM markers | | | 22.01 | 66.03 |
| 3 | WND16MMWHT markers | | | 5.90 | 17.70 |
| 5 | WND6MMWHT markers | | | 4.46 | 22.30 |
| 5 | WND6mmPNK markers | | | 4.38 | 21.90 |
| 3 | SKUEAS5199 BLK | | | 51.71 | 155.13 |
| 6 | ETT9913GQ Easel | | | 3.76 | 22.56 |
| 2 | LUGGRMBK rack | | | 31.68 | 63.36 |
| 4 | FDRFT2113 Dome | | | 50.20 | 202.80 |
| 1 | MHEBIN12 BIN | | | 56.44 | 56.44 |
| 50 | FDGTNGSCL tongs | | | 1.36 | 68.00 |
| 6 | FDRW78BK RISER | | | 18.49 | 110.94 |
| 8 | FDRW76BK RISER | | | 17.09 | 136.72 |
| 8 | FDRW74BK RISER | | | 17.09 | 136.72 |
| 8 | FDRW72BK RISER | | | 17.09 | 136.72 |
| (20) 20 | RT20NAPBLK napkn | | | 8.56 | 171.20 |

Date Approved

Requisitioned By: Phyllis Doty

Julie ?? #792 3628

Approved By

Approved By Principal / Supervisor

GOVERNMENT EXHIBIT
AO386-C
CASE NO. 2:18-cr-00034
EXHIBIT NO. 21

USAO-DOTY-356250

# LOGAN COUNTY BOARD OF EDUCATION
### 506 Holly Avenue
### P.O. BOX 477
### Logan, West Virginia 25601
### Telephone:(304) 792-2060; FAX:(304) 752-3711

SCHOOL: 6042

P/O #: 110302

TO: DISPLAYS2GO
55 BROADCOMMON RD.
BRISTOL, RI 02809

SHIP TO: WILLIS VOCATIONAL CENTER
144 VOCATIONAL ROAD
PO BOX 1747
STOLLINGS, WV 25646
(304) 752-4687

ATTN: CHRIS SMOOT

DATE: 4/01/15    SHIPPING: F.O.B DESINATIO    REQUISITION:

| QUANTITY | | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 3 | EA | WNDMKR8MM MARKERS | 13.2300 | 39.69 |
| 3 | EA | WNDMKR10MM MARKERS | 16.3300 | 48.99 |
| 3 | EA | WNDMKR16MM MARKERS | 22.0100 | 66.03 |
| 3 | EA | WND16MMNHT MARKER | 5.9000 | 17.70 |
| 5 | EA | WND6MMWHT MARKERS | 4.4600 | 22.30 |
| 5 | EA | C-1133183 MARKERS | 4.3800 | 21.90 |
| 3 | EA | EAS5199BLK EASEL | 3.7600 | 11.28 |
| 2 | EA | LUGGOKBK RACK | 31.6800 | 63.36 |
| 4 | EA | FDRFT2113 DOME | 50.7000 | 202.80 |
| 1 | EA | MHFBIN12 BIN | 56.4400 | 56.44 |
| 50 | EA | FD9TNGSCL TONGS | 1.3600 | 68.00 |
| 6 | EA | FDRW78BK RISERS | 18.4900 | 110.94 |
| 8 | EA | FDRW76BK RISER | 17.0900 | 136.72 |
| 8 | EA | FDRW74BK RISER | 17.0900 | 136.72 |
| 8 | EA | FDRW72BK RISER | 17.0900 | 136.72 |

(Continued)

*Cancelled PO changed LPO 4-13-15*

### INSTRUCTIONS TO VENDORS
1. Do not overship or substitute without prior Logan BOE approval.
2. Send all invoices in triplicate to: Logan County Schools, PO Box 477 Logan, WV, 25601
3. Prepay all transportation charges.
4. All shipments must contain packing slip.
5. The purchase order number must appear on all invoices, packing slips, packages.
6. This purchase order is not transferable.

Include no state sales or use taxes or federal excise taxes in the amounts billed. State seperately on each invoice the amount of manufacturers' federal excise tax, if any. Invoices shall be applicable to a single purchase order and must state terms and notation of "complete order." Do not invoice for items back ordered untill shipped. If purchase order request cannot be filled completely send a back order memoranda with delivery. If filling shortages, be sure to show original purchase order number. The board will not be responsible for any changes for items delivered except through purchase order duly executed.
Our West Virginia Tax Blanket Exemption No. is 55 6000344 001.

AUTHORIZED SIGNATURE OF PURCHASING OFFICIAL

PURCHASING COPY

45001POCC

**GOVERNMENT EXHIBIT**
CASE NO. 2:18-cr-00034
EXHIBIT NO. 22

USAO-DOTY-0356235



**LOGAN COUNTY BOARD OF EDUCATION**
506 Holly Avenue
P.O. BOX 477
Logan, West Virginia 25601
Telephone:(304) 792-2060; FAX:(304) 752-3711

6042

P/O #:   110302
Page        2

TO:   DISPLAYS2GO         SHIP TO:   WILLIS VOCATIONAL CENTER
      (Continued)

ATTN:

DATE:            SHIPPING:                              REQUISITION:

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 20  EA | RT20NAPBLK MAPKIN | 8.5600 | 171.20 |
|  |  | TOTAL | 1,310.79 |
|  |  |  | ************** |

** REVISED **

ACCOUNT                                      AMOUNT
11.00000.31342.611.701.0000.0000.00         1,310.79

EAS5199BLK    51.71
LUG60KBK      31.68
S/H           277.22

**INSTRUCTIONS TO VENDORS**

1. Do not overship or substitute without prior Logan BOE approval.
2. Send all invoices in triplicate to: Logan County Schools, PO Box 477 Logan, WV, 25601
3. Prepay all transportation charges.
4. All shipments must contain packing slip.
5. The purchase order number must appear on all invoices, packing slips, packages.
6. This purchase order is not transferable.

Include no state sales or use taxes or federal excise taxes in the amounts billed. State seperately on each invoice the amount of manufacturers' federal excise tax, if any. Invoices shall be applicable to a single purchase order and must state terms and notation of "complete order." Do not invoice for items back ordered untill shipped. If purchase order request cannot be filled completely send a back order memoranda with delivery. If filling shortages, be sure to show original purchase order number. The board will not be responsible for any changes for items delivered except through purchase order duly executed.
Our West Virginia Tax Blanket Exemption No. is 55 6000344 001.

AUTHORIZED SIGNATURE OF PURCHASING OFFICIAL

PURCHASING COPY

45001POCC

USAO-DOTY-0356236

# DISPLAYS2GO
A division of George Patton Associates, Inc.

55 Broad Common Road  
Bristol, RI 02809

Phone: 800-572-2194  
Fax: 401-247-0392

# Invoice

NO.: IN-1461545  
Date: 04/17/15

**GOVERNMENT EXHIBIT**  
CASE NO. 2:18-cr-00034  
EXHIBIT NO. 13

Billed To:  
LOGAN COUNTY BOARD OF EDUCATION  
PO BOX 477  
506 HOLLY AVE  
LOGAN, WV 25601  
ATTN: ACCOUNTS PAYABLE  
C-1133183

Shipped To:  
WILLIS VOCATIONAL CNTR  
144 VOCATIONAL RD  
PO #110302  
STOLLINGS, WV 25646  
ATTN: CHRIS SMOOT 304-752-4687

| Order Number | PO Number | Terms | Shipped | Currency |
|---|---|---|---|---|
| 200380447 | 110302 | NET 30 | 04/17/15 | USD |

| Qty. | SKU | Description | Price | Amount |
|---|---|---|---|---|
| 3 | WNDMKR8MM | 5/16" FLAT TIP FLUORESCENT MARKER | 13.23 | 39.69 |
| 3 | WNDMKR16MM | 5/8" FLAT TIP FLUORESCENT MARKER | 22.01 | 66.03 |
| 3 | WND16MMWHT | 3 PACK-PARALLEL POINT WHT WET ERASE PENS | 5.90 | 17.70 |
| 5 | WND6MMWHT | 3 PACK-BULLET POINT WHITE WET ERASE PENS | 4.46 | 22.30 |
| 5 | WND6MMPNK | 3 PACK-BULLET POINT PINK WET ERASE PENS | 4.38 | 21.90 |
| 4 | FDRFT2113 | FULL SIZE FLIP COVER POLYCARBONATE DOME | 50.70 | 202.80 |
| 1 | MHFBIN12 | ACRYLIC COOKIE BIN w/ METAL HINGE | 56.44 | 56.44 |
| 50 | FD9TNGSCL | 9" POLYCARBONATE CLEAR TONGS | 1.36 | 68.00 |
| 6 | FDRW78BK | 7"X7"X8" STEEL TRAPEZOID RISER-BLK | 18.49 | 110.94 |
| 8 | FDRW76BK | 7"X7"X6" STEEL TRAPEZOID RISER-BLK | 17.09 | 136.72 |
| 8 | FDRW74BK | 7"X7"X4" STEEL TRAPEZOID RISER-BLK | 17.09 | 136.72 |
| 8 | FDRW72BK | 7"X7"X2" STEEL TRAPEZOID RISER - BLK | 17.09 | 136.72 |
| 20 | RT20NAPBLK | POLYESTER NAPKIN, 20"SQUARE, BLACK | 8.56 | 171.20 |
| 3 | EAS5199BLK | SCROLLY IRON BLACK EASEL | 51.71 | 155.13 |
| 2 | LUGGOKBK | LUGGAGE RACK LGHT OAK BLACK STRAPS | 31.68 | 63.36 |
| 1 | SHIPPING | GROUND | 277.22 | 277.22 |

Item Subtotal 1,682.87  
Tax 0.00  
Total (USD) 1,682.87  

** Balance **  
Balance 1,682.87

Payment is due by 05/17/15.

Checks should be made payable to "Displays2go" and must reference the invoice number(s), order number(s) or both.  
Submit checks to:  
Displays2go  
Attn: Accounts Receivable  
55 Broadcommon Rd.  
Bristol, RI 02809

For credit card payments and wire transfers please call us at 1-800-572-2194.  
Please have your invoice number and order number available when you call.

This is invoice number "IN-1461545" for order number "200380447".

USAO-DOTY-356234

**From:** Ray Ellis
**Sent:** Thursday, March 12, 2015 1:37 PM
**To:** Jason Browning
**Subject:** FW: Order # AB- 1060

You ordering this? Not sure why I got the email.

Ray Ellis
Logan County Schools

---

**From:** andykimga@gmail.com [mailto:andykimga@gmail.com]
**Sent:** Thursday, March 12, 2015 11:21 AM
**To:** Ray Ellis
**Subject:** Order # AB- 1060



Phone: 1-877-417-2289
andykimga@gmail.com

## Order Notification

ray ellis,

This email is a notification that your order is processing. Please contact us if you have any questions about your order.

Thanks for using ColumnWarehouse.com.

| Order Information | Additional Information |
|---|---|
| **Order number:** AB-1060<br>**Order Date:** 3/12/2015 | **Comments:**<br>purchase order to follow |

1


GOVERNMENT EXHIBIT
CASE NO. 2:18-cr-00034
EXHIBIT NO. 24

**Account Info:**
Login: RAYELLIS@K12.WV.US
Pass: ******

**Billing Address**

ray ellis
LOGAN cOUNTY sCHOOLS
RAYELLIS@K12.WV.US
304-792-2044
506 hOLLY aVENUE
lOGAN, WV 25601 US

**Payment Information**

**Payment Method**
Money Order

**Order Summary**

**Shipping To:** music vance Chapmanville Middle School
300 Vance Street Chapmanville, WV 25508 US

**Shipping Method**
By Value



MOD420 20" Classic Urn
**Color:** White

$73.85 x 6

**$443.10**



MOD655 55" Tall Standing Floor Urn

$189.35 x 6

**$1,136.10**



MOD140 40" Doric Style Pedestal
**Color:** White

$89.55 x 4

**$358.20**

2



MOD148 48" Doric Style Pedestal  
**Color:** White

$112.88 x 2            **$225.76**



TuscanHalfOval Tuscan Half Oval Colonnade

$1,650.00 x 1            **$1,650.00**

**Subtotal:** $3,813.16  
**Discount:** $0.00  
**Shipping:** $1,020.04  
**Sales Tax:** $0.00  
**Balance Due:** $4,833.20

ColumnWarehouse.com

P.O. Box 972 Watkinsville, GA 30677  
Phone: 1-877-417-2289

**From:** Ray Ellis
**Sent:** Wednesday, April 1, 2015 9:37 AM
**To:** Phyllis Doty
**Cc:** Jason Browning
**Subject:** FW: Column Warehouse Order Update


Ray Ellis
Logan County Schools

---

**From:** Rebekah Rushing [mailto:rebekah@eventswholesale.com]
**Sent:** Tuesday, March 31, 2015 12:35 PM
**To:** Ray Ellis
**Subject:** Column Warehouse Order Update

Ray,

Your items have shipped via Conway Express with PRO#: 306-546354. Please keep in mind that payment is due within 7 days of your receipt of your items.

Please let me know if I can be of any further assistance.

**Rebekah Rushing**
Column Warehouse
www.ColumnWarehouse.com



**Why Shop With ColumnWarehouse.com?**
- Lowest Price Guarantee
- 6 Month Warranty
- Excellent Customer Service
- Wide Selection of Styles & Colors

ColumnWarehouse.com - Wedding Columns and Arches

www.columnwarehouse.com

1



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 2:18-cr-00034
EXHIBIT NO. 25

ColumnWarehouse.com is your wholesale distributor of wedding and event backdrops. Specializing in wholesale columns and wedding columns, we offer the lowest prices ...

(877) 417-2289





Phone: 1-877-417-2289
andykimga@gmail.com

## Order Confirmation

ray ellis,

This email confirms that your order was received at ColumnWarehouse.com. You will receive an additional email once your order is shipped. Contact us if you have any questions about your order.

Thanks for using ColumnWarehouse.com.

### Order Information

**Order number:** AB-1060
**Order Date:** 3/12/2015

### Billing Address

ray ellis
LOGAN cOUNTY sCHOOLS
RAYELLIS@K12.WV.US
304-792-2044
506 hOLLY aVENUE
lOGAN, WV 25601 US

### Order Summary

### Additional Information

**Comments:**
purchase order to follow
**Account Info:**
Login: RAYELLIS@K12.WV.US
Pass: ******

### Payment Information

**Payment Method**
Money Order

2

**Shipping To:** music vance Chapmanville Middle School
300 Vance Street Chapmanville, WV 25508 US

**Shipping Method**
By Value



| | | |
|---|---|---|
| MOD420 20" Classic Urn **Color:** White | $73.85 x 6 | **$443.10** |



| | | |
|---|---|---|
| MOD655 55" Tall Standing Floor Urn | $189.35 x 6 | **$1,136.10** |



| | | |
|---|---|---|
| MOD140 40" Doric Style Pedestal **Color:** White | $89.55 x 4 | **$358.20** |



| | | |
|---|---|---|
| MOD148 48" Doric Style Pedestal **Color:** White | $112.88 x 2 | **$225.76** |



| | | |
|---|---|---|
| TuscanHalfOval Tuscan Half Oval Colonnade | $1,650.00 x 1 | **$1,650.00** |

**Subtotal:** $3,813.16
**Discount:** $0.00
**Shipping:** $1,020.04

**Sales Tax:** $0.00
**Total:** $4,833.20

ColumnWarehouse.com

P.O. Box 972 Watkinsville, GA 30677
Phone: 1-877-417-2289