# LOGAN COUNTY BOARD OF EDUCATION
## 506 Holly Avenue
## P.O. BOX 477
## Logan, West Virginia 25601
## Telephone:(304) 792-2060; FAX:(304) 752-3711

24341

P/O #: 110195

1-877-417-2289

**TO:** WHOLESALE EVENT SOLUTIONS INC
PO BOX 972
WATKINSVILLE, GA 30677

**SHIP TO:** CHAPMANVILLE MIDDLE SCHOOL
774 CRAWLEY CREEK ROAD
CRAWLEY CREEK EXIT CORR G
CHAPMANVILLE, WV 25508
(304) 855-8378

**ATTN:** MR DUGAN

**DATE:** 3/12/15   **SHIPPING:** F.O.B DESINATIO   **REQUISITION:**

| QUANTITY | | DESCRIPTION | AMOUNT | TOTAL |
|---|---|---|---|---|
| 1 | EA | TUSCANHALFOVAL<br>TUSCAN HALF OVAL COMONNADE | 1,650.0000 | 1,650.00 |
| 2 | EA | MOD148<br>48" DORIC STYLE PEDISTAL:WHITE | 112.8800 | 225.76 |
| 4 | EA | MOD140<br>40" DORIC STYLE PEDESTAL:WHITE | 89.5500 | 358.20 |
| 6 | EA | MOD655<br>55" TALL STANDING FLOOR URN | 189.3500 | 1,136.10 |
| 6 | EA | MOD420<br>20" CLASSIC URN:WHITE | 73.8500 | 443.10 |

Sub Total   3,813.16
Freight     1,020.04

TOTAL       4,833.20
\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ACCOUNT**
11.00512.11111.693.405.0000.0000.00

**AMOUNT**
4,833.20

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 2:18-cr-00034
EXHIBIT NO. 22

### INSTRUCTIONS TO VENDORS
1. Do not overship or substitute without prior Logan Schools approval.
2. Send invoices to: Logan County Schools, PO Box 477 Logan, WV 25601
3. Prepay all transportation charges.
4. All shipments must contain packing slip.
5. The purchase order number must appear on all invoices, packing slips, packages.
6. This purchase order is not transferable.

Include no state sales or use taxes or federal excise taxes in the amounts billed. State seperately on each invoice the amount of manufacturers' federal excise tax, if any. Invoices shall be applicable to a single purchase order and must state terms and notation of "complete order." Do not invoice for items back ordered untill shipped. If purchase order request cannot be filled completely send a back order memoranda with delivery. If filling shortages, be sure to show original purchase order number. The board will not be responsible for any changes for items delivered except through purchase order duly executed.
Our West Virginia Tax Blanket Exemption No. is 55 6000344 001.

_signature_
AUTHORIZED SIGNATURE OF PURCHASING OFFICIAL

45001POCC

USAO-DOTY-355956

```
FMS                  Posted Invoice Lookup and A/P ...
Vendor:                                      Purchase Order:    110195 PO
         WHOLESALE EVENT SOLUTIONS INC       Entered by: LXA45001
                                             Batch ID:    PCD
         PO BOX 972                          Posted:     6/30/15
                                             1099 Inv:   N
         WATKINSVILLE            GA 30677 0000
Invoice Date:                  7/01/15   Invoice Due Date:
Voucher Number:                12345     Other Reference:
Invoice Description:           WHOLESALE EVENT SOLUTIONS INC
Account Number:                11.00512.11111.693.405.0000.0000.00
Invoice Total:                       4,833.20
  Cash Discount:                                Days:         Taken: Y
Paid Invoice Information:
  Check Number:                PCARD         21
  Bank:                        PCARD      12345
  Check Date:                         6/30/15
  Amount Paid:                        4,833.20
  Paid To:                     WHOLESALE EVENT SOLUTIONS INC
          Enter  D  to Display or  P  to Print
                       Open A/P Journal Detail: N    Closed A/P Journal Detail: N
Invoice Lines: D       F3=Exit           F5=Reset  F12=Cancel          Cancel? N
Mode: Lookup
```



USAO-DOTY-355957