

GOVERNMENT EXHIBIT
CASE NO. 2:18-cr-00034
EXHIBIT NO. 29