

A0386-C

**GOVERNMENT EXHIBIT**

CASE
NO.   2:18-cr-00034

EXHIBIT
NO.   30