<u>Logan</u> COUNTY SCHOOLS
STATEMENT OF WITNESS/ACCUSED


(6)

Date of Incident _____
Brief description of incident _____
_____

(PLEASE PRINT)

School: _____ Principal _____
Name of person making statement (please print): _____
Parent/Guardian: _____
Address: _____
Phone: _____
Today's Date: 2-16-16   Time Statement Finished: 11:00 a.m./p.m.   Student Grade: __

I Chris Smoot was a Pro Start teacher at RRWCTC last year 14/15. Since we was a Simulated Work Force we served many events for Logan Co... Mrs Doty ordered me many things from display to go - I recieved them at the school to use for my Pro Start program

Chris Smoot  304-688-1411
Witness/Subject Signature                    Principal – Designee/Signature

