IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

*SEP - 4 2018*
*RORY L. PERRY II, CLERK*
*U.S. District Court*
*Southern District of West Virginia*

**UNITED STATES OF AMERICA**

v.                                          CRIMINAL NO. 2:18-00034

**PHYLLIS DOTY**

## VERDICT FORM

We, the Jury, return our unanimous verdict as follows:

Count One of the Indictment

As to Count One of the Second Superseding Indictment we find the defendant **PHYLLIS DOTY**

✓ GUILTY

___ NOT GUILTY

Count Two of the Indictment

As to Count Two of the Second Superseding Indictment we find the defendant **PHYLLIS DOTY**

✓ GUILTY

___ NOT GUILTY

Count Three of the Indictment

As to Count Three of the Second Superseding Indictment we find the defendant **PHYLLIS DOTY**

✓ GUILTY

___ NOT GUILTY

Count Four of the Indictment

    As to Count Four of the Second Superseding Indictment we find the defendant **PHYLLIS DOTY**

    ✓ **GUILTY**

    ____ **NOT GUILTY**

Count Five of the Indictment

    As to Count Five of the Second Superseding Indictment we find the defendant **PHYLLIS DOTY**

    ✓ **GUILTY**

    ____ **NOT GUILTY**

Count Six of the Indictment

    As to Count Six of the Second Superseding Indictment we find the defendant **PHYLLIS DOTY**

    ✓ **GUILTY**

    ____ **NOT GUILTY**

Count Seven of the Indictment

    As to Count Seven of the Second Superseding Indictment we find the defendant **PHYLLIS DOTY**

    ✓ **GUILTY**

    ____ **NOT GUILTY**

Count Eight of the Indictment

    As to Count Eight of the Second Superseding Indictment we find the defendant **PHYLLIS DOTY**

    ✓ **GUILTY**

    ____ **NOT GUILTY**