IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                        CRIMINAL NO. 2:18-00034

**PHYLLIS DOTY**

### ORDER

Pending before the court is defendant's motion pursuant to Federal Rules of Criminal Procedure 29 and 33. (ECF No. 149). A hearing on that motion is **SCHEDULED** for Thursday, November 1, 2018, at 10:00 a.m., in Charleston. The forfeiture hearing previously scheduled for that same date and time is hereby **CANCELLED** because it is unnecessary given the Notice of Dismissal filed by the government on October 2, 2018.

The Clerk is directed to send a copy of this Order to counsel of record.

**IT IS SO ORDERED** this 25th day of October, 2018.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge