IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL NO. 2:18-00034

**PHYLLIS DOTY**

MEMORANDUM OPINION AND ORDER

Pending before the court is defendant Phyllis Doty's Motion to Extend Time to Self-Report.  ECF No. 180.  Doty seeks the court to order that she be allowed to self-report from her home directly to the institution assigned on the date and time the notice directs.  Id.  The court finds this would be appropriate.  Therefore, the defendant's motion (ECF No. 180) is **GRANTED**.

Defendant shall report as directed by the Bureau of Prisons, if she receives a designation on or before May 1, 2019.  If she does not receive a designation by that date, she shall report to the office of the United States Marshal in Charleston, West, Virginia before 2:00 p.m. on Wednesday, May 1, 2019.

The Clerk is directed to send a copy of this Order to counsel of record, the United States Marshal for the Southern District of West Virginia and the Probation Office of this Court.

**IT IS SO ORDERED** this 26th day of March, 2019.

                    **ENTER:**

                    */s/ David A. Faber*
                    David A. Faber
                    Senior United States District Judge