```
Court Name: US District Court/SDWV
Division: 2
Receipt Number: CHAR015705
Cashier ID: gberger
Transaction Date: 04/04/2019
Payer Name: JAMES M CAGLE ATTORNEY

NOTICE OF APPEAL/DOCKETING FEE
 For: JAMES M CAGLE ATTORNEY
 Case/Party: D-WVS-2-18-CR-000034-001
 Amount:         $505.00

CREDIT CARD
 Amt Tendered:  $505.00

Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

ATTN: MELISSA JACKSON


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check.
```