FILED: April 4, 2019

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 19-4220
(2:18-cr-00034-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

PHYLLIS DOTY

    Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
| Originating Case Number | 2:18-cr-00034-1 |
| Date notice of appeal filed in originating court: | 03/25/2019 |
| Appellant(s) | Phyllis Doty |
| Appellate Case Number | 19-4220 |
| Case Manager | Michael Radday<br>804-916-2702 |