UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

UNITED STATES OF AMERICA,

v.  Case No.: 2:18-cr-00034

PHYLLIS DOTY,

    Defendant.

**DEFENDANT'S SECOND MOTION TO EXTEND TIME TO SELF-REPORT**

Comes now counsel for Defendant Phyllis Doty and moves the Court to allow her to self-report directly to the institution to which she is assigned. In the Court's directive, Mrs. Doty was allowed to self-report. Mrs. Doty was further directed that if she did not receive notice directing her to report to a particular institution that she was to self-report to the U.S. Marshall in Charleston by 2 p.m. on April 1, 2019, *ECF No. 175*. Previously an earlier version of this motion was granted, see ECF No. 180, 184.

As of this date Mrs. Doty still has not received any notice from the Federal Bureau of Prisons. She continues to seek the benefits of self-reporting as opposed to transportation in custody from jail confinement.

Wherefore, Mrs. Doty by her counsel moves the Court to order that she be allowed to self-report from her home directly to the institution assigned on the date and time the notice directs.

Respectfully Submitted,

/s/James M. Cagle
James M. Cagle (WV Bar No. 580)
1200 Boulevard Tower
1018 Kanawha Boulevard, East
Charleston, West Virginia  25301
Email: caglelaw@aol.com
Phone:  (304) 342-3174
Fax: (304) 342-0448
*Counsel for Respondent Phyllis L. Doty*

/s/ J. Jeaneen Legato
J. Jeaneen Legato, Esq. (WV Bar No. 6978)
Legato Law, PLLC
Email:  jeaneenlegato@gmail.com
1018 Kanawha Boulevard, East, Suite 1200
Charleston, West Virginia  25301
Phone: (304) 340-9910
Fax: (304) 342-0448
*Co-Counsel for Respondent Phyllis L. Doty*

**UNITED STATES DISTRICT COURT**
for the
**Southern District of West Virginia**

UNITED STATES OF AMERICA,

v.                                                                         Case No.: 2:18-cr-00034

PHYLLIS DOTY,

    Defendant.

**CERTIFICATE OF SERVICE**

The undersigned, counsel for Defendant, Phyllis Doty, does hereby certify that a true and correct copy of the ***Defendant's Second Motion to Extend Time to Self-Report*** was served via electronic filing to Eric Goes, A.U.S.A. on the 24th day of April, 2019.

                                            /s/ J. Jeaneen Legato
                                            J. Jeaneen Legato, Esq. (WV Bar No. 6978)
                                            Legato Law, PLLC
                                            Email: jeaneenlegato@gmail.com
                                            1018 Kanawha Boulevard, East, Suite 1200
                                            Charleston, West Virginia  25301
                                            Phone: (304) 340-9910
                                            Fax: (304) 340-9915
                                            *Co-Counsel for Respondent Phyllis L. Doty*


                                            /s/James M. Cagle
                                            James M. Cagle (WV Bar No. 580)
                                            1200 Boulevard Tower
                                            1018 Kanawha Boulevard, East
                                            Charleston, West Virginia  25301
                                            Email: caglelaw@aol.com
                                            Phone:  (304) 342-3174
                                            Fax: (304) 342-0448
                                            *Counsel for Respondent Phyllis L. Doty*