```
         IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF WEST VIRGINIA
                         CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                                    **CRIMINAL NO. 2:18-cr-00034**

**PHYLLIS DOTY**


## RESPONSE OF THE UNITED STATES TO
## DEFENDANT'S SECOND MOTION TO EXTEND TIME TO SELF-REPORT

Comes now the United States of America, by Erik S. Goes, Assistant United States Attorney for the Southern District of West Virginia, in response to defendant's second motion to extend time to self-report. Doc. 190. The United States opposes defendant's motion further postponing defendant's report date.

In support of this opposition to defendant's motion, the undersigned representative of the United States has learned through the U.S. Probation Department (specifically Matthew Lambert on April 25, 2019) that defendant Phyllis Doty has in fact received her designation and report date.

Specifically, the undersigned has been advised that defendant Phyllis Doty is to report to an FCI facility in Lexington, Kentucky by May 1, 2019. The undersigned has also been advised that the U.S. Probation Department will advise counsel for defendant of this recent development on April 25, 2019, the same date the

undersigned learned of this information.

As such, further postponement of the commencement of defendant Phyllis Doty's sentence is unnecessary and not otherwise in the interests of justice.

                                        Respectfully submitted,

                                        MICHAEL B. STUART
                                        United States Attorney

By:
                                        s/Erik S. Goes
                                        ERIK S. GOES
                                        Assistant United States Attorney
                                        WV State Bar No. 6893
                                        300 Virginia Street, East
                                        Room 4000
                                        Charleston, West Virginia 25301
                                        Telephone:  304-345-2200
                                        Fax:304-347-5104
                                        E-mail: erik.goes@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Response of the United States to Defendant's Second Motion to Extend Time to Self-Report" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 25th day of April, 2019, to:

>James M. Cagle
>1200 Boulevard Tower
>1018 Kanawha Boulevard, East
>Charleston, WV 25301

>J. Jeaneen Legato
>Legato Law, PLLC
>1018 Kanawha Boulevard, East
>Suite 1200
>Charleston, WV 25301

>s/Erik S. Goes
>ERIK S. GOES
>Assistant United States Attorney
>WV State Bar No. 6893
>300 Virginia Street, East
>Room 4000
>Charleston, West Virginia 25301
>Telephone: 304-345-2200
>Fax:304-347-5104
>E-mail: erik.goes@usdoj.gov