```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**  CRIMINAL NO. 2:18-00034

**PHYLLIS DOTY**

## MEMORANDUM OPINION AND ORDER

Pending before the court is the defendant's Second Motion to Extend Time to Self-Report. (ECF No. 190). Because the defendant has recently received her designation and the date she is to self-report, this motion is **DENIED as moot.**

The Clerk is directed to send a copy of this Order to counsel of record, the United States Marshal for the Southern District of West Virginia and the Probation Office of this Court.

**IT IS SO ORDERED** this 29th day of April, 2019.

                **ENTER:**

                David A. Faber
                Senior United States District Judge