IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                               CRIMINAL ACTION NO. 2:18-00034

PHYLLIS DOTY

**ORDER**

Pending before the court is a letter from a case manager/counselor at Midway Rehabilitation Center in Knoxville, Tennessee. The letter recommends that the court "consider amending the conditions of Home Confinement (24-hour monitor)." Defendant appears to be within the custody of the Bureau of Prisons, not on supervised release.[1] Accordingly, the letter should be directed to the BOP, not the court.

The Clerk is directed to send a copy of this order to counsel of record, any unrepresented parties, and the Probation Office of this court. The United States is directed to forward a copy of this order to the BOP.

**It IS SO ORDERED** this 25th day of May, 2021.

ENTER:

David A. Faber
Senior United States District Judge

---

[1] On June 23, 2020, the court denied defendant's motion for compassionate release. (ECF No. 207.)