IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

**v.**  CRIMINAL ACTION NO. 2:18-00034

**PHYLLIS DOTY**

## ORDER

The court has received yet another letter from case manager/counselor Lucinda Bailey at Midway Rehabilitation Center in Knoxville, Tennessee. That letter, like her earlier letter, recommends that the court remove defendant Doty from home confinement. However, as the court pointed out in its earlier order, Ms. Doty is in BOP custody and not on supervised release. Therefore, any requests of this nature are properly directed to the BOP. For this reason, the court **DIRECTS** the Clerk to return Ms. Bailey's letter to her, along with a copy of this Order and the court's earlier order of May 25, 2021.

The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and the United States Probation Office.

**IT IS SO ORDERED** this 2nd day of September, 2021.

ENTER: *David A. Faber*

David A. Faber
Senior United States District Judge